(125 So. 916)

**E. T. COOK v. E. H. COOK.** (3 Div. 908.)

Supreme Court of Alabama. Jan. 23, 1930.

Appeal from Circuit Court, Montgomery County; Leon McCord, Judge.

Rushton, Crenshaw & Rushton, of Montgomery, for appellant.

W. A. Jordan, of Montgomery, for appellee.

THOMAS, J. Affirmed.

ANDERSON, C. J., and SAYRE and BROWN, JJ., concur.

■

(124 So. 916)

**FIRST NATIONAL BANK OF FLORALA v. Owen F. LEE.** (4 Div. 392.)

Supreme Court of Alabama. Nov. 5, 1929.

Appeal from Circuit Court, Covington County; J. Morgan Prestwood, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

■

(124 So. 916)

**J. B. GARNER v. SOUTHERN RAILWAY CO.** (6 Div. 206.)

Supreme Court of Alabama. Nov. 29, 1929.

Appeal from Circuit Court, Jefferson County; John Denson, Judge.

PER CURIAM. Appeal dismissed on motion of appellant.

■

(124 So. 917)

**Silena GILMORE v. STATE.** (6 Div. 519.)

Supreme Court of Alabama. Dec. 5, 1929.

Appeal from Circuit Court, Jefferson County; H. P. Heflin, Judge.

W. L. Hogue, of Birmingham, for appellant.

Charlie C. McCall, Atty. Gen., for the State.

GARDNER, J. The appeal is from a judgment of conviction of murder in the first degree, with infliction of the death penalty. There is no bill of exceptions, and the appeal is upon the record, which appears regular in all respects. We find no error.

Let the judgment of the court below be affirmed

Affirmed.

All the Justices concur.

■

(126 So. 925)

**Herbert GREEN v. STATE.** 7 Div. 947.

Supreme Court of Alabama. March 20, 1930.

Certiorari to Court of Appeals.

Merrill, Jones & Whiteside, of Anniston, for petitioner.

Charlie C. McCall, Atty. Gen., for the State.

PER CURIAM.

Petition of Herbert Green for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Green v. State, 126 So. 925.

Writ denied.

ANDERSON, C. J., and SAYRE, THOMAS, and BROWN, JJ., concur.

■

(124 So. 917)

**GREENE DRUG CO. v. F. J. O'NEILL MEDICINE CO.** (6 Div. 363.)

Supreme Court of Alabama. Nov. 26, 1929.

Appeal from Circuit Court, Jefferson County; John Denson, Judge.

PER CURIAM. Affirmed on certificate.

■

(124 So. 917)

**H. M. GRIFFIN v. W. T. BAINS, Jr.** (6 Div. 485.)

Supreme Court of Alabama. Nov. 26, 1929.

Appeal from Circuit Court, Jefferson County; Roger Snyder, Judge.

PER CURIAM. Appeal dismissed by appellant.